IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

COLMAN MCNEELY, SR.                                                              PLAINTIFF

     v.                                    CIVIL NO. 11-3134

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                   DEFENDANT

## O R D E R

     Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 3. The undersigned finds that more information is needed to rule on his IFP application.

     Plaintiff's IFP application indicates that his wife is employed. ECF No. 3 at 2. However, he does not state the nature of his wife's employment or her income. As such, Plaintiff is directed to file an amended IFP application that provides more specific information regarding Plaintiff's wife's employment. Plaintiff is directed to file his amended IFP application by January 4, 2012. Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order

     IT IS SO ORDERED this 21st day of December 2011.

                                                                   */S/ J. Marschewski*
                                                         HON. JAMES R. MARSCHEWSKI
                                                         CHIEF U.S. MAGISTRATE JUDGE

AO72A
(Rev. 8/82)