IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON  DIVISION

COLMAN McNEELY                                                                                          PLAINTIFF

V.                              NO.  11-3134

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                    DEFENDANT

<u>JUDGMENT</u>

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this December 20, 2012.

<u>/s/ J. Marschewski</u>
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge

+